Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Massachusetts District of Court

Civil Division

<table>
<tr><td>Boston Cancer Policy Institute, Inc<br><br><hr><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br><br><br><br><br>Carmige<br><hr><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No. _____<br><br>*(to be filled in by the Clerk's Office)*</td></tr>
</table>

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Boston Cancer Policy Institute, Inc |
| Street Address | 421 Somerville Avenue, 1-A |
| City and County | Somerville, Middlesex |
| State and Zip Code | Massachusetts, 02143-3243 |
| Telephone Number | 617(764)4620 |
| E-mail Address | admin@cancerpolicyinstitute.us |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                               Carmige

    Job or Title *(if known)*

    Street Address

    City and County              Yogyakarta

    State and Zip Code       Indonesia. The online operation site is located in the USA.

    Telephone Number

    E-mail Address *(if known)*     contact@carmige.com

Defendant No. 2

    Name                               Karnadi

    Job or Title *(if known)*        Owner of Carmige

    Street Address

    City and County              Yogyakarta

    State and Zip Code       Indonesia

    Telephone Number

    E-mail Address *(if known)*     contact@carmige.com

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article I, Section 8, Commerce Clause, Service Mark.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the
   State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)*  Boston Cancer Policy Institute, Inc  , is incorporated
   under the laws of the State of *(name)*    Massachusetts _____ ,
   and has its principal place of business in the State of *(name)*
   Massachusetts _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)*    Karnadi _____ , is a citizen of
   the State of *(name)* _____ . Or is a citizen of
   *(foreign nation)*    Indonesia _____ .

        b.      If the defendant is a corporation

               The defendant, *(name)*   Carmige                              , is incorporated under

               the laws of the State of *(name)*                              , and has its

               principal place of business in the State of *(name)*                          .

               Or is incorporated under the laws of *(foreign nation)*   Indonesia                ,

               and has its principal place of business in *(name)*   IP Address 31.170.161.30 in USA   .

               *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

           The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    A.      Where did the events giving rise to your claim(s) occur?

           The events occurred on the website of Carmige http://www.carmige.com.
Carmige posted a website https://carmige.com/boston-cancer-policy-institute.html. without consent of Boston Cancer Policy Institute, Inc. This website appeared at the first page of Google search on "Boston Cancer Policy Institute" in April, 2018 and May. Though the rank of the search result declined, the site remains. The IP address of Carmige is 31.170.161.30. Hostinger International Limited is hospting the Carmige's website at this IP address. Hostinger International has an operation site located in the USA. ASN is AS47583.

    B.      What date and approximate time did the events giving rise to your claim(s) occur?

           April 8, 2018. According to the website browser of Google and the false website of Carmige, Carmige posed the falsified website that used the name of Boston Cancer Policy Institute on April 8, 2018.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

A website that used the name of Boston Cancer Policy Institute appeared at a Google search on April 16, 2018. Its internet link is https://carmige.com/boston-cancer-policy-institute.html. Boston Cancer Policy Institute, Inc is incoported in Massachusetts and a registered Service Mark at USPTO.

The defendant, Carmige, has been using the name, Boston Cancer Policy Institute, without consent. It is uploading a 10- page website with a title of Boston Cancer Policy Institute, even with a title of Carmige|Boston Cancer Policy Institute, and falsely describing our organization activities.The defendant's false descriptions include "Cooking area clean -out: Boston Cancer Policy Institute- A cooking area clean-out is a great way to start ---states nutrition scientific research and also communication specialist Lucia Weiler." The defendant's description misleads the public that Boston Cancer Policy Institute is conducting something about nutrition, health exercise, and some other nurse practitioners' works. Further, the defendant uploads photos of a physician (or a healthcare practitioner) and patient in a hospital and internal organs of humans. The false descriptions and visuals mislead the public that Boston Cancer Policy Institute is conducting some kinds of medical practices without state authorization.

Boston Cancer Policy Institute is an independent, nonpartisan research institute of new social sciences incorporated in Massachusetts. Boston Cancer Policy Institut has 503c3 status.USPTO granted two Service Marks to Boston Cancer Policy Institute. Goods and Services are public policy research services, research and ananlsys in the fields of managerial economics and managerial economic policy; promoting translational science ( promoting collaboration within the scientific, research and medical communities to achieve advances in he ifeld of individualized cancer medicine; Promoting the exchange of information within the scientific research and medical communities to achieve advances in the field of individualized cancer medicine). Serial numbers are 85690321 and 85691400. The category is 035. Our homepage (https://www.cancerpolicyinstitute.org/research-programs.html) describes our research programs as follows: (i) Governance and Management Frameworks of Translational Science, (ii) Institutional Frameworks of Scientific Knowledge Production, and (iii) Research Policies and Governance Modality.

We reported this incidence to ic3.gov (the FBI site) on April 16, 2018, and the site immediately disappeared. At that time, we reported the search results (at WhoisIP) of Hostinger International Limited.

However, we again found the false site on May 7, 2018. On June 4, we noticed that Carmige in Indonesia owned this site and posted it at the hosting site in the USA. The site persists this time. Boards of Boston Cancer Policy Institute, Inc emailed a Cease and Desist Letter to the email address: contact@carmige.com, posted at the Carmige website.

On June 5, 2018, while we were updating the incidence at ic3.gov site, we happened to find out that the name of the owner of the Carmige is Karnadi (at LinkedIn. He does not disclose his first name). Boston Cancer Policy Institute and its members do not have affiliation with  this person nor Carmige.

The deadline of the response to the Ceise and Desist Demand is June 8, 2018. However, Carmige ignored the Letter. The false site still exists and appears at Google search. Please see the attached documents: Print out of the false site. To file this complaint, we searched the location of the hosting site. However, Hostinger denied the online access to their company information from our computer.

The boards of directors: Ellie Okada, Ph.D., Robert Adelson, esq, Joseph Richmond, CPA; advisory board, Marcia Fournier, Ph.D.; and a research colleage, John Trumpbour, Ph.D. at Harvard Law School are witnessing this incidence. Ellie Okada and John Trumpbour discussed the incidence, face to face. (Please note that Boston Cancer Policy Institute has experienced fraudulant and unauthorlized uses of our organization name through online since 2014. Therefore, we regularly search our organization name at websites).

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Boston Cancer Policy Institute's focus is on process management of translational science within the basic science stage, particularly molecular mutations research such as cancers. The theoretical basis is managerial economics and governance.The senior fellow of Boston Cancer Policy Institute already published a scholarly paper at a peer-reviewed journal and conferences, and is acquring a stornger foundation by regularly attending a faculty seminar, Science-Based Business Initiative at Harvard Business School (jointly held with Economics of Science and Engineering seminar) since 2009, and Health Law workshop at Petrie-Flom Center at Harvard Law School since 2013.

The false website created and uploaded by Carmige and its unauthorized use of USPTO protected Service Mark represents misleading and confusing messages to the public regarding Boston Cancer Policy Institute's activities. The unconsnted use of USPTO protected Service Mark also represents misleading and confusing messages that Boston Cancer Policy Institute is conducting unauthorized medical or healthcare practices.

There are actual facts that third parties were mislead.
Also, the title, Carmige|Boston Cancer Policy Institute, misleads and confuse the public in a way that Boston Cancer Policy Institute entered in a cooperative scheme with Carmige in the USA or Indonesia.

Boston Cancer Policy Institute has experienced fraudulant and unauthorlized uses of our organization name and USPTO protected service mark through online since 2014, though it is not known whehter the source is the same. At first, reporting to the ic3.gov worked well. False sites immediately disappeared. However, the ways of fraud have become more sophisticated and persistant. Meanwhile, the ID theft to the senior fellow became severe.
 Addressing persistent and continuous online harrassment and the infringement of protected Service Marks requires time and energy. Measuring such a condiion in a monetary term is hard.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Boston Cancer Policy Institute, Inc requests the court to order the defendant to stop the use of our corporate name and the Service Mark, Boston Cancer Policy Institute, immediately. Also, Boston Cancer Policy Institute, Inc requests the court to order the defendant to remove the site that uses the name of Boston Cancer Policy Institute, immediately. Their falsified description confuses and misleads the public regarding our scholarly research activities in the field of managerial economics and social science aspects of translational science. If Carmige is conducting some commercial activity in the USA by using the corporate name and Service Name of Boston Cancer Policy Institute by misleading the public in a way that Boston Cancer Policy Institute entered a cooperative scheme with Carmige, Boston Cancer Policy Institute, Inc demands some monetary compensation to recover the damage. Carmige postes a title "Carmige| Boston Cancer Policy Institute" at their website.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              06/11/2018

Signature of Plaintiff

Printed Name of Plaintiff        Boston Cancer Policy Institute, Inc

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address