# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON CANCER POLICY INSTITUTE, INC., <br><br>                Plaintiff, <br><br>   v. <br><br><br> CARMIGE, <br><br>                Defendant. | CIVIL ACTION NO. 18-CV-11226-PBS |

## NOTICE OF APPEARANCE

Please take notice that Attorney Mathew G. Lindenbaum of Nelson Mullins Riley & Scarborough LLP, One Post Office Square, 30th Floor, Boston, Massachusetts 02109, hereby enters his appearance as counsel for Boston Cancer Policy Institute, Inc. in the above captioned matter.

Respectfully submitted,

BOSTON CANCER POLICY
INSTITUTE, INC.,

By its attorneys,

Dated: July 5, 2018

/s/ Matthew G. Lindenbaum
Matthew G. Lindenbaum (BBO #670007)
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
(t) (617)-217-4700
(f) (617) 217-4710
July 5, 2018
Matthew.lindenbaum@nelsonmullins.com

## CERTIFICATE OF SERVICE

I, Matthew G. Lindenbaum, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 5, 2018                                    */s/ Matthew G. Lindenbaum*