**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Boston Cancer Policy Institute, Inc.,

     Plaintiff,

                              CA No. 18-cv-11226-PBS

     v.

Carmige.com, et al.,

     Defendant.

**SARIS, CJ**

**ORDER OF ADMINISTRATIVE STAY/CLOSING**

    It is hereby **ORDERED** that the above-entitled action is stayed/closed administratively without prejudice to the right of any party to restore it to the active docket upon execution of service of process on defendants located in Indonesia.

Dated: April 19, 2019                     /s/ Miguel A. Lara
                                          Deputy Clerk